the main floor. He attempted to start the car and while doing so lost control of it and it fell through another elevator shaft door. It is contended that when he attempted to start the automobile he abandoned his employment. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

In the Matter of the Claim for Benefits under Article 18 of the Labor Law Made by NICHOLAS DELLAPENTA, Claimant. HOTELS STATLER CO., INC., Appellant; FRIEDA S. MILLER, as Industrial Commissioner, Respondent.— Appeal by the Hotels Statler Co., Inc., from a decision of the Unemployment Insurance Appeal Board, affirming the decision of a referee which held that claimant was an employee of appellant. The latter conducts a hotel in the city of Buffalo, N. Y., and maintains therein a cocktail lounge where music is furnished for the entertainment of patrons. The manager of the hotel employed one Jack Valentine to procure and organize trios of musicians for the purpose of playing music in the lounge. Claimant was a member of one of such trios. The Board has found that Valentine was the agent of appellant, and that the latter, through its manager, dictated the selection of personnel for each trio and the hours of employment. Also that appellant had the right to disband any trio upon two weeks' notice to the leader, and that this in effect conferred upon it the right to discharge a musician whose services were unsatisfactory. There is substantial evidence to sustain these findings and the decision of the Board. Decision unanimously affirmed, with costs to the Industrial Commissioner. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

In the Matter of the Claim for Benefits under Article 18 of the Labor Law Made by GERTRUDE MILLER, Respondent. THE NATIONAL CITY BANK OF NEW YORK and 44 WALL STREET CORPORATION, Appellants; FRIEDA S. MILLER, as Industrial Commissioner, Respondent.— This is an appeal from a decision of the Unemployment Insurance Appeal Board which affirmed the decision of a referee holding that the claimant Gertrude Miller was an employee of 44 Wall Street Corporation. The evidence supports the decision. Decision affirmed, with costs to the Industrial Commissioner. Hill, P. J., Crapser, Bliss and Foster, JJ., concur; Schenck, J., taking no part.

In the Matter of the Claim for Benefits under Article 18 of the Labor Law Made by MARGARET H. FISCHER, Claimant. LILI SAPORTAS, INC., Respondent; FRIEDA S. MILLER, as Industrial Commissioner, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

THEODORE MANCINI, as Administrator, etc., of JOSEPH MANCINI, Deceased, Appellant, v. THE BOARD OF EDUCATION OF THE CITY OF ITHACA, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

In the Matter of the Application of MAURICE CALLAHAN and Others, a Copartnership Trading as the RAQUETTE LAKE SUPPLY COMPANY, to Perpetuate the Testimony of SCHUYLER KATHAN, RICHARD J. COLLINS, DENNIS DILLON and MAURICE CALLAHAN. THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. MAURICE CALLAHAN and Others, a Copartnership Trading as the RAQUETTE LAKE SUPPLY COMPANY, Respondents.— Motion denied. Bliss, Heffernan, Schenck and Foster, JJ., concur; Hill, P. J., dissents on the ground that the State should pay its obligations.